**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Aaron Corson v. Elgin Police Officer Chris Jenson, et. al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Aaron Corson

```
FILED: JULY 3, 2008
08CV3834
JUDGE KENDALL
MAGISTRATE JUDGE BROWN
MKH
```

| NAME (Type or print) |
|---|
| Franco S. La Marca |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Franco La Marca |

| FIRM |
|---|
| Erickson & Oppenheimer, PC |

| STREET ADDRESS |
|---|
| 4554 N. Broadway | Suite 325 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60660 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6292220 | 773.907.0940 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐