IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Aaron Corson,<br>　　Plaintiff,<br><br>　　-vs-<br><br>The City of Elgin, et. al.<br>　　Defendants. | No. 08 cv 03834<br><br>Honorable Judge Kendall |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on September 3, 2008, at 9:00 AM, before the Honorable Judge Kendall, I will present the attached **MOTION TO WITHDRAW**, copies of which will be submitted electronically to Defendants' counsels via ECF.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/Franco S. La Marca

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Franco S. La Marca, Esq.

### PROOF OF SERVICE

I, Franco S. La Marca, an attorney, on oath state that I served the above notice and the document referred therein, to Defendants' counsels electronically via ECF on August 27, 2008.

　　　　　　　　　　　　　　　　　　　　　　　/s/Franco S. La Marca

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Franco S. La Marca, Esq.