## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 CV 3834
AARON CORSON,
v.
ELGIN POLICE OFFICER CHRIS JENSON, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
DEFENDANTS, ELGIN POLICE OFFICER CHRIS JENSON and CITY OF ELGIN

| | |
|---|---|
| **NAME (Type or print)** <br> Laura L. Scarry | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Laura L. Scarry | |
| **FIRM** <br> DeAno & Scarry, LLC | |
| **STREET ADDRESS** <br> 53 W. Jackson Blvd., Suite 1062 | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60604 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 6231266 | **TELEPHONE NUMBER** <br> (630) 690-2800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |