IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AARON CORSON, | ) | |
| | ) | Case No. 08 CV 3834 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ELGIN POLICE OFFICER CHRIS | ) | Judge Kendall |
| JENSON, ELGIN POLICE OFFICER | ) | Magistrate Judge Brown |
| WOMACK, UNKNOWN ELGIN POLICE | ) | |
| OFFICERS, and the CITY OF ELGIN, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:  Michael Oppenheimer, Franco S. LaMarca, Jon F. Erickson, Erickson & Oppenheimer, PC, 4554 N. Broadway, Suite 325, Chicago, IL 60660

**PLEASE TAKE NOTICE** that on September 5, 2008, we have electronically filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, **Defendants Elgin Police Officer Chris Jenson and City of Elgin's Answer and Affirmative Defenses to Plaintiff's Complaint,** a true and correct copy of same is attached hereto and hereby served upon you.

Respectfully submitted,

By:  s/James L. Deano
DeANO & SCARRY

James L. DeAno #6180161
Scott B. Dolezal #6274826
DeAno & Scarry, LLC
53 W. Jackson Blvd., Suite 1062
Chicago, IL 60604
(630) 690-2800; Fax: (630) 690-2853

### CERTIFICATE OF SERVICE

I, James L. DeAno, an attorney, certify that a copy of this Notice of Filing and above-mentioned documents were served upon the attorneys of record and parties via electronic filing from 53 W. Jackson, Suite 1062, Chicago, IL 60604, before 5:00 p.m. on **September 5, 2008.**

　　　　　　　　　　　　　　　　　　　　s/James L. DeAno