**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| AARON CORSON, | ) | Case No. 08 CV 3834 |
| Plaintiff, | ) | |
| v. | ) | |
| ELGIN POLICE OFFICER CHRIS JENSON, ELGIN POLICE OFFICER WOMACK, UNKNOWN ELGIN POLICE OFFICERS, and the CITY OF ELGIN, | ) | Judge Kendall Magistrate Judge Brown |
| Defendants. | ) | |

## MOTION TO DISMISS

NOW COME the Defendants, ELGIN POLICE OFFICER CHRIS JENSON and the CITY OF ELGIN, by and through their attorneys, JAMES L. DEANO and SCOTT B. DOLEZAL, and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby move to dismiss Counts V, VI, VII and VIII of Plaintiff's Complaint. In support thereof, Defendants state as follows:

1. Plaintiff has filed his complaint alleging that on July 7, 2006, he was arrested without probable cause and that excessive force was used against him. Pl. Complaint at para. 8-14, Docket No. 1.

2. Plaintiff's Complaint includes eight counts arising under federal and state law.

3. Plaintiff's Complaint purports to state the following claims arising under Illinois state law: Count V for battery; Count VI for assault; Count VII for respondeat superior; and Count VIII for intentional infliction of emotion distress.

4. In Illinois, the statute of limitations for filing a claims against a municipal entity or employee is one year. 745 ILCS 10/8-101.

5. Plaintiff's complaint alleges that at the time of the alleged acts, Jenson was a police officer for the City of Elgin at all relevant times. Complaint at para. 8. It alleges that the City of Elgin is a municipal corporation organized under the laws of the State of Illinois. Id. at para 9.

6. Plaintiff's state law claims contained in Counts V, VI, VII, and VIII should be dismissed because they were filed beyond the statute of limitations.

7. Plaintiff alleges that his state law rights were violated on July 7, 2006. His complaint was not filed until July 3, 2008, almost one full year after the state of limitations expired.

WHEREFORE, the Defendants, ELGIN POLICE OFFICER CHRIS JENSON and the CITY OF ELGIN, respectfully request this Court dismiss Counts V, VI, VII and VIII of Plaintiff's Complaint.

Respectfully submitted,

DeANO & SCARRY, LLC

_____s/James L. DeAno_____
Attorney for Defendants, ELGIN POLICE
OFFICER CHRIS JENSON and CITY OF ELGIN

James L. DeAno #6180161
Laura L. Scarry #6231266
Patrick F. Moran #6279297
Scott B. Dolezal #6274826
DeAno & Scarry, LLC
53 W. Jackson Blvd., Suite 1062
Chicago, IL 60604
(630) 690-2800
Fax: (630) 690-2853