IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AARON CORSON, | ) | |
| | ) | Case No. 08 CV 3834 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ELGIN POLICE OFFICER CHRIS | ) | Judge Kendall |
| JENSON, ELGIN POLICE OFFICER | ) | Magistrate Judge Brown |
| WOMACK, UNKNOWN ELGIN POLICE | ) | |
| OFFICERS, and the CITY OF ELGIN, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Michael Oppenheimer, Franco S. LaMarca, Jon F. Erickson, Erickson & Oppenheimer, PC, 4554 N. Broadway, Suite 325, Chicago, IL 60660

On **September 10, 2008**, at **9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Virginia Kendall, or any judge sitting in her stead, in Room 2319 of the United States District Court, Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, and shall present the attached **Defendants, Elgin Police Officer Chris Jenson and City of Elgin's Motion to Dismiss,** a copy of which is attached and hereby served upon you.

s/James L. DeAno
Attorney for Defendants, Elgin Police Officer Chris Jenson and City of Elgin

James L. DeAno #6180161
Laura L. Scarry #6231266
Patrick F. Moran #6279297
Scott B. Dolezal #6274826
DeAno & Scarry, LLC
53 W. Jackson Blvd., Suite 1062
Chicago, IL 60604
(630) 690-2800; Fax: (630) 690-2853

### CERTIFICATE OF SERVICE

I, James L. DeAno, an attorney, certify that a copy of this Notice of Motion and above-mentioned documents were served upon the attorneys of record via electronic filing from 53 W. Jackson, Suite 1062, Chicago, IL, before 5:00 p.m. on **September 5, 2008.**

s/James L. DeAno